June 12, 1975.

M. P. No. 74-75. ALFREDO PELLICCIA *v.* JAMES W. MULLEN, *Warden.* Motion of State to quash the writ previously issued is granted. *Alfredo Pelliccia,* pro se, for petitioner. *Julius C. Michaelson,* Attorney General, *Judith Romney Wegner,* Special Asst. Attorney General, for respondent.

M. P. No. 75-151. THE NARRAGANSETT ELECTRIC COMPANY *v.* RHODE ISLAND COMMISSION FOR HUMAN RIGHTS. Petition for writ of certiorari is granted. The petitioner's motion for stay of order of the Rhode Island Commission for Human Rights and the Superior Court's affirmance thereof is granted. The case assigned for hearing on the merits to the calendar for October 1975. *Tillinghast, Collins & Graham, Peter J. McGinn, Elia Germani,* for petitioner. *Julius C. Michaelson,* Attorney General, *R. Daniel Prentiss,* Special Asst. Attorney General, for respondent.

M. P. No. 75-154. RUTH ANN BOUDREAU, *p.p.a.* DOROTHY I. HYDE *v.* PIMENTAL ELECTRIC Co., INC. *et al.* Petition for writ of certiorari denied. *Morriss & Vacca, Anthony Vacca,* for petitioners. *Hanson, Curran, Bowen & Parks, David P. Whitman,* for respondents.

M. P. No. 75-156. FINANCIAL DEVELOPMENT CORPORATION *v.* ROYAL CREST REST CENTER, INC. *et al.* Petition for writ of certiorari denied. *Selya and Iannuccillo, Anthony G. Iannuccillo,* for petitioner. *Bordieri, Gallone, Penza & Olenn, J. Renn Olenn, Paul J. Bordieri,* for respondents.